**Electronically Filed
Supreme Court
SCWC-15-0000889
01-FEB-2018
12:26 PM**

SCWC-15-0000889

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ONEWEST BANK, F.S.B,
by and through its successor-in-interest,
OCWEN LOAN SERVICING, LLC,
Respondent/Plaintiff-Appellant,

vs.

TIMOTHY REUBEN FORSBERG; SUSAN ALLEN FORSEGERG;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR QUICKEN LOANS INC.; CITIBANK, N.A.,
Petitioners/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000889; CIVIL NO. 12-1-0143(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellees application for writ

of certiorari filed on December 18, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 1, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson